# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153016(70)

HARTLAND GLEN DEVELOPMENT, LLC,
      Petitioner-Appellant,

v

TOWNSHIP OF HARTLAND,
      Respondent-Appellee.

_____/

SC: 153016
COA: 321347
Tax Tribunal:  00-423343,
      00-427021

On order of the Chief Justice, the motion of petitioner-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on March 4, 2016, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2016

Clerk